**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00658-CV

**BARBARA WARD, ALL OTHER OCCUPANTS, Appellant**

**V.**

**PC VILLAGE APTS DALLAS LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02044-E**

## ORDER

Before the Court is appellant's emergency motion for stay. We **DENY** the motion.


/s/      LANA MYERS
         JUSTICE